IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ISAAC DOBY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-085
)
DR. DUCHESNE, Medical )
Services Administrator, and )
TRACY JOHNS, Warden Federal )
Prison Complex, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Court for the Eastern District of North Carolina. Upon transfer, the Clerk of Court is **DIRECTED** to **close this case**

SO ORDERED this 9th day of June 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA